# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

131692

KIMBERLY SQUIER, Personal Representative
of the Estate of ALEXANDER SQUIER,
BRANDY SQUIER, JOSHUA SQUIER, and
BRICE WERNETTE,
       Plaintiffs-Appellants,

v

CITY OF BIG RAPIDS, TIMOTHY J. VOGEL,
and LARRY STAFFEN,
       Defendants-Appellees,

and

ORCHARD PLACE ESTATE TRUST, DONALD
L. TRITES, and LAWRENCE MORNINGSTAR,
       Defendants.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131692
COA: 259387
Mecosta CC: 96-011481-CK

On order of the Court, the application for leave to appeal the June 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

_____
Clerk

s1206